IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
TENNESSEE, EASTERN DIVISION

FAYE NORED, CYNDI SHAFER and
UNITED STATES OF AMERICA
    PLAINTIFFS,

V.                                  CASE NO. 1-98-1357

WEAKLEY COUNTY EMERGENCY
COMMUNICATIONS DISTRICT, WEAKLEY
COUNTY and STATE OF TENNESSEE,

    DEFENDANTS.

    DEFENDANTS.

## ORDER

Upon Motion of William R. Neese, counsel for Defendant, Weakley County Tennessee, for an extension of time within which to responsively plead in this cause and, it appearing that said motion is well taken, it is,

ORDERED that Weakley County, Tennessee be, and hereby is, allowed through and including August 4, 2000 to responsively plead.

_____
DISTRICT JUDGE
6-30-2000

C:\WPDOCS\PLEADING\ORDERS\County 911 Order.wpd

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  07/03/00

35

NOTICE OF DISTRIBUTION

This notice confirms a copy of document docketed as number 35 in case 1:98-cv-01357 was distributed by fax, mail, or direct printing on July 3, 2000 to the parties listed.

Justin Gilbert
THE GILBERT FIRM
P.O. Box 2384
300 E. Main
Ste. 200
Jackson, TN 38302
Fax: (901)427-5985

James I. Pentecost
WALDROP & HALL
P.O. Box 726
106 S. Liberty Street
Jackson, TN 38302
Fax: (901)423-4732

Andrew V. Sellers
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302

Bill Lann Lee
U.S. Department of Justice
Civil Rights Div/Dis
P.O. Box 66738
Washington, DC 20035

John L. Wodatch
U.S. Department of Justice
Civil Rights Div/Dis
P.O. Box 66738
Washington, DC 20035
Fax: (202)307-1197EL

M. Christine Fotopulos
U.S. Department of Justice
Civil Rights Div/Dis
P.O. Box 66738
Washington, DC 20035
Fax: (202)307-1197


Renee M. Wohlenhaus
U.S. Department of Justice
Civil Rights Div/Dis
P.O. Box 66738
Washington, DC 20035


Jeanine M. Worden
U.S. Department of Justice
Civil Rights Div/Dis
P.O. Box 66738
Washington, DC 20035


Kevin Steiling
STATE ATTORNEY GENERAL'S OFFICE
Civil Litigation and
425 Fifth Ave., North
Nashville, TN 37243


Honorable James Todd
US DISTRICT COURT