IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ___ *ec* ___ D.C.

00 JUL 19 PM 2:57

| | |
|---|---|
| FAYE NORED AND<br>CYNDI SHAFER<br><br>　　　Plaintiffs,<br><br>v.<br><br>WEAKLEY COUNTY EMERGENCY 911<br><br>　　　Defendant.<br><br>UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>STATE OF TENNESSEE,<br><br>and<br><br>WEAKLEY COUNTY<br><br>and<br><br>WEAKLEY COUNTY EMERGENCY<br>COMMUNICATIONS DISTRICT<br><br>　　　Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ Case No. 1-98-1357 |

## ORDER FOR PRIVATE MEDIATION

Upon Motion of Original Plaintiffs, the United States of America, Weakley County Emergency Communications District and Weakley County, Tennessee, hereinafter collectively referred to as Movants, for an Order of private mediation and suspension of further proceedings

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  07-19-00



as to the Movants for a period of forty-five (45) days and, it appearing that said motion is well taken and in the interest of efficiency and judicial economy, it is,

ORDERED that Original Plaintiffs, the United States of America, Weakley County Emergency Communications District and Weakley County, Tennessee privately mediate this case and that all further proceedings in this cause be, and same hereby are, suspended as to the Movants for a period of forty-five (45) days from the entry of this Order.

_____
US District Court Judge James D. Todd

Date: July 19, 2000

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 1:98-CV-01357 was distributed by fax, mail, or direct printing on July 19, 2000 to the parties listed.

---

Justin Gilbert
THE GILBERT FIRM
P.O. Box 2384
300 E. Main
Ste. 200
Jackson, TN 38302

James I. Pentecost
WALDROP & HALL
P.O. Box 726
106 S. Liberty Street
Jackson, TN 38302

Andrew V. Sellers
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302

Bill Lann Lee
U.S. Department of Justice
Civil Rights Div/Dis
P.O. Box 66738
Washington, DC 20035

John L. Wodatch
U.S. Department of Justice
Civil Rights Div/Dis
P.O. Box 66738
Washington, DC 20035

M. Christine Fotopulos
U.S. Department of Justice
Civil Rights Div/Dis
P.O. Box 66738
Washington, DC 20035

Renee M. Wohlenhaus
U.S. Department of Justice
Civil Rights Div/Dis
P.O. Box 66738
Washington, DC 20035

Jeanine M. Worden
U.S. Department of Justice
Civil Rights Div/Dis
P.O. Box 66738
Washington, DC 20035

Kevin Steiling
STATE ATTORNEY GENERAL'S OFFICE
Civil Litigation and
425 Fifth Ave., North
Nashville, TN 37243

Honorable James Todd
US DISTRICT COURT