THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION AT JACKSON

02 MAY 16 PM 4: 02

FAYE NORED and
CYNDI SHAFER,
    Plaintiffs,

v.

CIVIL ACTION No. 1:98-1357
JUDGE JAMES D. TODD

WEAKLEY COUNTY EMERGENCY
COMMUNICATIONS DISTRICT,
    Defendant.

UNITED STATES OF AMERICA,
    Plaintiff-Intervenor,

v.

STATE OF TENNESSEE, WEAKLEY COUNTY,
and WEAKLEY COUNTY EMERGENCY
COMMUNICATIONS DISTRICT,
    Defendants.

## STIPULATED ORDER RE: STATE OF TENNESSEE AS PROPER DEFENDANT

Plaintiff United States of America and Defendant State of Tennessee stipulate as follows:

1. Defendant State of Tennessee is the employer of all state agency and departmental employees and thus is the proper defendant in this lawsuit as to these state employees for purposes of liability and remedies, including, but not limited to, instatement or reinstatement.

BY: _____
PAUL G. SUMMERS
State of Tennessee
Attorney General & Reporter
**WILLIAM J. MARETT, JR.**
Assistant Attorney General
Civil Litigation and State Services Division
Cordell Hull Building, 2nd Floor

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___05-17-02___

57

P.O. Box 20207
Nashville, Tennessee 37202-0207
Telephone: (615) 741-7087
Facsimile: (615) 741-7327

**COUNSEL FOR THE DEFENDANT**

**RALPH F. BOYD**
Assistant Attorney General
Civil Rights Division
**JOHN L. WODATCH**
Chief, Disability Rights Section
**ALLISON J. NICHOL**
Deputy, Disability Rights Section

BY: *Amanda Maisels*

**AMANDA MAISELS**
District of Columbia Bar No. 71325
**M. LUCIA BLACKSHER**
Louisiana Bar No. 26605
Disability Rights Section
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-1947
Facsimile: (202) 307-1197

**COUNSEL FOR THE UNITED STATES**

This matter comes before the Court on the parties' "Stipulated Order Re: State of Tennessee as Proper Defendant." Upon the Court's consideration of the matter, IT IS HEREBY ORDERED THAT THE "STIPULATED ORDER RE: STATE OF TENNESSEE AS PROPER DEFENDANT" IS ENTERED AS AN ORDER OF THE COURT.

SO ORDERED this 16th day of May, 2002.

*James D. Todd*

THE HONORABLE JAMES D. TODD
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 7.2, undersigned counsel hereby affirms that copies of the accompanying Notice of Appearance and Stipulated Order Re: State of Tennessee As Proper Defendant have been served on all parties to this action, by first class mail, postage pre-paid, on this date, May 15 2002.

Respectfully Submitted,

Ralph F. Boyd, Jr.
Assistant Attorney General
Civil Rights Division
John L. Wodatch, Chief
Allison J. Nichol, Deputy Chief
Disability Rights Section

*Amanda Maisels*

**AMANDA MAISELS**
District of Columbia Bar No. 71325
**M. LUCIA BLACKSHER**
Louisiana Bar No. 26605
Disability Rights Section – NYA
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20530
Telephone: (202) 305-8454
Facsimile: (202) 616-6862

William J. Marrett, Jr.
Assistant Attorney General
Office of the Attorney General
State of Tennessee
Civil Litigation and State Services Division
Cordell Hull Building, 2nd Floor
P.O. Box 20207
Nashville, Tennessee 37202-0207

Justin S. Gilbert, Esq.
The Gilbert Firm
300 E. Main Street, Suite 200
P.O. Box 2384
Jackson, TN 38302-2384

James I. Pentecost
Attorney at Law
Waldrop & Hall
106 S. Liberty St.
P.O. Box 726
Jackson, TN 38302-0726

Andrew V. Sellers
Attorney at Law
Waldrop & Hall
106 S. Liberty St.
P.O. Box 726
Jackson, TN 38302-0726

William R. Neese
County Attorney
Neese, Herron & Miller-Herron
103 North Poplar Street
P.O. Box 528
Dresden, TN 38225

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 1:98-CV-01357 was distributed by fax, mail, or direct printing on May 17, 2002 to the parties listed.

---

Justin Gilbert
THE GILBERT FIRM
P.O. Box 11357
47-A Murray Guard Dr.
Jackson, TN 38308

Bill Lann Lee
U.S. Department of Justice
Civil Rights Div/Dis
P.O. Box 66738
Washington, DC 20035

John L. Wodatch
U.S. Department of Justice
Civil Rights Div/Dis
P.O. Box 66738
Washington, DC 20035

Renee M. Wohlenhaus
U.S. Department of Justice
Civil Rights Div/Dis
P.O. Box 66738
Washington, DC 20035

William J. Marett
STATE ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202

Kathleen S. Devine
U.S. DEPARTMENT OF JUSTICE
Disability Rights Se
P.O. Box 66738
Washington, DC 20035

M. Lucia Blacksher
U.S. DEPARTMENT OF JUSTICE
Disability Rights Se
950 Pennsylvania Ave., NW
Washington, DC 20530

Amanda Maisels
U.S. DEPARTMENT OF JUSTICE
Disability Rights Se
950 Pennsylvania Ave., NW
Washington, DC 20530

Honorable James Todd
US DISTRICT COURT